SCHWARTZ SEMERDJIAN
CAULEY SCHENA & BUSH LLP
Dick A. Semerdjian (SBN 123630)
Mikayla R. Preus (SBN 355008)
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone No. 619.236.8821
Facsimile No. 619.236.8827
Email:das@sscelaw.com
mikayla@sscelaw.com

CARRINGTON, COLEMAN,
SLOMAN & BLUMENTHAL, L.L.P.
Parker Graham (Texas Bar No. 24087612) (*Pro Hac Vice*)
pgraham@ccsb.com
Tayler Gray (Texas Bar No. 24131254) (*Pro Hac Vice*)
tgray@ccsb.com
2200 Ross Ave, Suite 1800
Dallas, Texas 75201
Telephone: 214-855-3000
Facsimile: 214-580-2641

Attorneys for Defendant
MARTIN MARIETTA MATERIALS,
INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION**

| | |
|---|---|
| SHAYNA HILL, on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARTIN MARIETTA MATERIALS, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:26-cv-04529-LL-VET<br><br>**DEFENDANT MARTIN MARIETTA MATERIALS INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 40.2, Defendant Martin Marietta Materials, Inc. certifies that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. Martin Marietta notes that it is a publicly traded company under the NYSE stock symbol "MLM."

DATED: September 9, 2026

CARRINGTON, COLEMAN,
SLOMAN & BLUMENTHAL, L.L.P.

By: */s/Tayler Gray*
Tayler Gray
Attorneys for Defendant
MARTIN MARIETTA MATERIALS