SCHWARTZ SEMERDJIAN
CAULEY SCHENA & BUSH LLP
Dick A. Semerdjian (SBN 123630)
Mikayla R. Preus (SBN 355008)
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone No. 619.236.8821
Facsimile No. 619.236.8827
Email:das@sscelaw.com
mikayla@sscelaw.com

CARRINGTON, COLEMAN,
SLOMAN & BLUMENTHAL, L.L.P.
Parker Graham (Texas Bar No. 24087612) (*Pro Hac Vice*)
pgraham@ccsb.com
Tayler Gray (Texas Bar No. 24131254) (*Pro Hac Vice*)
tgray@ccsb.com
2200 Ross Ave, Suite 1800
Dallas, Texas 75201
Telephone: 214-855-3000
Facsimile: 214-580-2641

Attorneys for Defendant
MARTIN MARIETTA MATERIALS, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION**

| | |
|---|---|
| SHAYNA HILL, on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARTIN MARIETTA MATERIALS, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:26-cv-04529-LL-VET<br><br>**DEFENDANT MARTIN MARIETTA MATERIALS INC.'S CERTIFICATE OF INTERESTED PERSONS** |

Pursuant to Local Rule 40.2, Defendant Martin Marietta Materials, Inc. certifies that there are no parties financially interested in the outcome of the case that are not already identified in the case caption or in the initial pleadings as attorneys for the parties.

DATED: September 9, 2026

CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.

By: */s/Tayler Gray*
Tayler Gray
Attorneys for Defendant
MARTIN MARIETTA MATERIALS