**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SHAYNA HILL, on behalf of others similarly situated,

Plaintiff(s),

v.

MARTIN MARIETTA MATERIALS, INC. and DOES 1 through 100, inclusive,

Defendant(s).

Case No.: 3:26-cv-04529-LL-VET

**SCHEDULING ORDER REGULATING PUTATIVE CLASS DISCOVERY AND SETTING DEADLINE FOR MOTION FOR CLASS CERTIFICATION**

Pursuant to Rule 16.1(d) of the Local Rules, the Court held a Case Management Conference on **September 16, 2026**. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Counsel[1] shall appear for a video Status Conference before Magistrate Judge Valerie E. Torres on **October 20, 2026 at 10:00 a.m.** to discuss the parties' progress on

[1] As used herein, references to "counsel" or "attorney(s)" include a party appearing pro se.

negotiating a sampling protocol for class data. Instructions for remote appearances will be provided two (2) business days prior to the conference. By no later than 12:00 p.m. on **October 16, 2026**, the parties **SHALL** file a status report, no longer than five pages, regarding the status of their negotiations on the sampling protocol.

2. Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed by **November 16, 2026**.

3. Counsel shall appear for a video Status Conference before Magistrate Judge Valerie E. Torres on **December 18, 2026 at 11:30 a.m.** Instructions for remote appearances will be provided two (2) business days prior to the conference.

4. No later than **January 19, 2027**, the parties shall designate their respective experts for class certification in writing. The date for exchange of rebuttal experts for class certification shall be no later than **February 2, 2027**. The written designations shall include the name, address and telephone number of each expert and a reasonable summary of the testimony the expert is expected to provide, including any summary of facts and opinions required by Fed. R. Civ. P. 26(a)(2)(C). The list shall also include the normal rates the expert charges for deposition and trial testimony.

5. No later than **March 2, 2027**, each party shall comply with Rule 26(a)(2)(A) and (B) disclosure provisions regarding experts for class certification.

6. No later than **March 16, 2027**, the parties shall supplement their disclosures regarding contradictory or rebuttal evidence for class certification under Rule 26(a)(2)(D) and 26(e).

7. Fact and class discovery are not bifurcated; however, all discovery related to class certification must be completed by **April 16, 2027**. "Completed" means that all discovery under Fed. R. Civ. P. 30-36, and discovery subpoenas under Fed. R. Civ. P. 45, must be initiated a sufficient period of time in advance of the cut-off date, so that it may be completed by the cut-off date, taking into account the times for service, notice, and response as set forth in the Federal Rules of Civil Procedure. Counsel shall promptly and

in good faith meet and confer regarding all discovery disputes in compliance with Local Rule 26.1(a). The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process. If the parties reach an impasse on any discovery issue, counsel shall follow the procedures governing discovery disputes set forth in Judge Torres' Civil Chambers Rules. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the Court, no stipulation continuing or altering this requirement will be recognized by the Court.**

8. Plaintiffs must file a motion for class certification by **June 1, 2027**. In the event no such motion is filed, Plaintiffs must notify the Court via email (efile_torres@casd.uscourts.gov) **within three (3) days** after the expiration of the class certification motion deadline.

9. The parties must jointly contact the Court via email (efile_torres@casd.uscourts.gov) **within three (3) days** of a ruling on the motion for class certification to arrange a further case management conference.

10. In the event the parties believe a settlement conference before Magistrate Judge Valerie E. Torres would be productive prior to the filing of a motion for class certification, the parties shall jointly contact the Court via email (efile_Torres@casd.uscourts.gov) to schedule a Settlement Conference.

11. The parties must review the chambers' rules for the assigned district judge and magistrate judge.

12. The dates set forth herein will not be modified except for good cause shown.

13. Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum shall exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

14. Plaintiff shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated: September 17, 2026

Honorable Valerie E. Torres
United States Magistrate Judge