UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SHAYNA HILL, on behalf of other similarly situated,

Plaintiff,

v.

MARTIN MARIETTA MATERIALS, INC.,

Defendant.

Case No.: 26cv4529-LL-VET

**ORDER GRANTING JOINT STIPULATION TO HOLD MOTION TO CONSOLIDATE IN ABEYANCE PENDING RULING ON MOTION TO REMAND**

[ECF No. 17]

Before the Court is the parties' Joint Stipulation to Hold Motion to Consolidate in Abeyance Pending Ruling on Motion to Remand (the "Joint Stipulation"). ECF No. 17. Having considered the Joint Stipulation, and good cause appearing, the Court **GRANTS** the Joint Stipulation and ORDERS as follows:

1. The briefing schedule on Defendant's Motion to Consolidate [ECF No. 13] set by the Court's order [ECF No. 14] is VACATED. The Motion to Consolidate is held in abeyance pending a ruling on Plaintiff's Motion to Remand in *Hill v. Martin Marietta Materials, Inc.*, Case No. 3:26-cv-05633-DMS-DEB (the "PAGA Action").

2. Plaintiff shall file the Motion to Remand in the PAGA Action on or before November 2, 2026.

3. If the Motion to Remand is denied, the parties shall, within fourteen (14) days after the ruling, file a joint motion and stipulation to consolidate the PAGA Action with this action pursuant to Federal Rule of Civil Procedure 42(a), upon the filing of which, the Motion to Consolidate shall be deemed withdrawn as moot.

4. If the Motion to Remand is granted, the Motion to Consolidate shall be deemed withdrawn as moot.

**IT IS SO ORDERED**.

Dated: November 2, 2026

Honorable Linda Lopez
United States District Judge