Rick A. Waltman (State Bar No. 306463)
Andrew T. Katseanes (State Bar No. 351638)
Nicholas J. Ferraro (State Bar No. 306528)
Lauren N. Vega (State Bar No. 306525)
Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 facsimile
rick@ferrarovega.com / andrew@ferrarovega.com
nick@ferrarovega.com / lauren@ferrarovega.com

Attorneys for Plaintiff Shayna Hill

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAYNA HILL, on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN MARIETTA MATERIALS, INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:26-cv-04529-LL-VET<br><br>**CERTIFICATE OF SERVICE**<br><br>Magistrate Judge: Hon. Valerie E. Torres<br>Submitted on the papers (ECF No. 16) |

# CERTIFICATE OF SERVICE

*Shayna Hill v. Martin Marietta Materials, Inc.*

Case No. 3:26-cv-04529-LL-VET

At the time of service, I was over 18 years of age and not a party to this action. I am employed in San Diego County; my business address is Ferraro Vega Employment Lawyers, 3333 Camino del Rio South, Suite 300, San Diego, California 92108.

On November 4, 2026, I served the following document(s):

1. **Plaintiff's Motion to Compel Production of Paid Sick Leave Data for the Period Before September 26, 2025**
2. **Declaration of Andrew T. Katseanes in Support of Plaintiff's Motion to Compel Production of Paid Sick Leave Data for the Period Before September 26, 2025**
3. **Plaintiff's Request for Judicial Notice in Support of Plaintiff's Motion to Compel Production of Paid Sick Leave Data for the Period Before September 26, 2025**

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable

time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**Addresses:**

Dick A. Semerdjian, Esq. - das@sscelaw.com

Mikayla R. Preus, Esq. - mikayla@sscelaw.com

Schwartz Semerdjian Cauley Schena & Bush LLP

101 West Broadway, Suite 810

San Diego, CA 92101

Telephone: 619-236-8821

Facsimile: 619-236-8827

Parker Graham, Esq. - pgraham@ccsb.com

Tayler Gray, Esq. - tgray@ccsb.com

Carrington, Coleman, Sloman & Blumenthal, L.L.P.

2200 Ross Ave, Suite 1800

Dallas, Texas 75201

Telephone: 214-855-3000

Facsimile: 214-580-2641

Attorneys for Defendant Martin Marietta Materials, Inc.

///

The foregoing statement is made under the penalty of perjury under the laws of the United States of America and the State of California and is true and correct.

Dated: November 4, 2026

**Ferraro Vega Employment Lawyers, Inc.**

*/s/ Edith Byron*

Edith Byron