Rick A. Waltman (State Bar No. 306463)
Andrew T. Katseanes (State Bar No. 351638)
Nicholas J. Ferraro (State Bar No. 306528)
Lauren N. Vega (State Bar No. 306525)
Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 fax
nick@ferrarovega.com / lauren@ferrarovega.com
rick@ferrarovega.com / andrew@ferrarovega.com

*Attorneys for Plaintiff Shayna Hill*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SHAYNA HILL, on behalf of others similarly situated,

Plaintiff,

vs.

MARTIN MARIETTA MATERIALS, INC. and DOES 1 through 50, inclusive,

Defendants.

Case No. 3:26-cv-04529-LL-VET

*Judge: Hon. Linda Lopez*
*Courtroom 14B*

**CLASS ACTION**

**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT**

**Motion Hearing:**
Date: December 21, 2026
**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT**

Action Filed: June 29, 2026
Action Removed: August 7, 2026

[Filed concurrently with Memorandum of Points and Authorities and Declaration of Andrew T. Katseanes (with Exhibits 1–2); Proposed Order lodged by email]

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 21, 2026, or as soon thereafter as the matter may be heard, in Courtroom 14B of the above-entitled court, before the Honorable Linda Lopez, United States District Judge, located at 333 West Broadway, San Diego, CA 92101, Plaintiff Shayna Hill ("Plaintiff") will, and hereby does, move the Court, pursuant to Federal Rule of Civil Procedure 15(a)(2), for an order granting leave to file a First Amended Class Action Complaint that narrows and clarifies the claims alleged in the operative Complaint. Pursuant to Section 3.B of the Court's Civil Chambers Rules, the motion will be decided on the papers without oral argument unless separately ordered by the Court.

The proposed amendment adds no new causes of action and no new parties. It (1) clarifies Plaintiff's off-the-clock claims, including by removing allegations concerning an unpaid safety training following further investigation of the facts; (2) limits Plaintiff's paid sick leave claims to a single rate-of-pay theory and eliminates the Twelfth Cause of Action; (3) specifies that the First Cause of Action, the off-the-clock portion of the Second Cause of Action, and the Seventh and Ninth Causes of Action are asserted on an individual basis only; and (4) replaces the single four-year putative class alleged in the Complaint with a narrower Sick Pay Class and a Post-Settlement Class. A copy of the proposed First Amended Complaint is attached as Exhibit 1 to the Declaration of Andrew T. Katseanes, and a version showing how it differs from the operative Complaint is attached as Exhibit 2, pursuant to Civil Local Rule 15.1(b) and Section 3.K of the Court's Civil Chambers Rules.

This motion is made following the conference of counsel that took place on October 14, 2026.

This Motion is made on the grounds that leave to amend should be freely given when justice so requires, and the proposed amendment narrows rather than expands the claims at issue, is sought diligently and in good faith following further investigation of the facts, is not futile, and will not prejudice Defendant Martin Marietta Materials, Inc..

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Andrew T. Katseanes and the exhibits thereto, including the proposed First Amended Complaint and redline, all submitted herewith, all pleadings and documents on file in this action, and any other documents and argument that may be further considered by the Court.

Dated: November 16, 2026

***Ferraro Vega Employment Lawyers, Inc.***

Andrew T. Katseanes
Rick A. Waltman
*Attorneys for Plaintiff Shayna Hill*